**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
KIM GRIFFIN,

        Plaintiff,

- against -

COMMERCIAL RECOVERY SYSTEMS, INC.,

        Defendant.
----------------------------------------------------------X

**JUDGMENT**
CV 13-5119 (JFB)(GRB)

      An Order of Honorable Joseph F. Bianco, United States District Judge, having been filed on April 22, 2016, adopting the March 21, 2016 Report and Recommendation of United States Magistrate Judge Gary R. Brown, dismissing this case without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure fo failure to prosecute, and directing the Clerk of Court to enter judgment and close this case, it is

      **ORDERED AND ADJUDGED** that plaintiff Kim Griffin take nothing of defendant Commercial Recovery Systems, Inc.; that this case is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure; and that this case is closed.

Dated: Central Islip, New York
       April 27, 2016

                          DOUGLAS C. PALMER
                          CLERK OF THE COURT

          BY:    /S/ JAMES J. TORITTO
                    DEPUTY CLERK